UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

**Robert M Stacey**
**Jennifer L Stacey**

Case No. **12-36990-tmb7**

REPORT OF AUCTIONEER

Debtor(s)

I, _____**Commercial Industrial Auctioneers**_____, the undersigned auctioneer, having sold property of the estate on __**02/09/13**__, do report, as required by the Bankruptcy Rules, that attached hereto are (1) lists of all property sold, the amount received for each item or lot, and the name(s) and address(es) of the buyer(s) of each item or lot; and (2) an explanation and sample of my advertising efforts.

My authorized commission is calculated as follows:

| GENERAL PROPERTY DESCRIPTION | GROSS SALE PRICE OF ALL PROPERTY | COMMISSION % APPLICABLE | COMMISSION(S) |
|---|---|---|---|
| 1. 2005 Kawasaki ZX-10R | $        6100.00 | 10% | $        610.00 |
| 2. 2005 Yamaha R6 | $        4700.00 | 10% | $        470.00 |
| 3. HANNIX 550 Excavator | $        5700.00 | 10% | $        570.00 |
| 4. | $ | | $ |
| 5. | $ | | $ |
| 6. | $ | | $ |
| 7. | $ | | $ |
| TOTALS: | $        16500.00 | | $        1650.00 |

Attached hereto are appropriate receipts or explanations of my expense requests. My authorized expenses are calculated as follows:

| DESCRIPTION | $ AMOUNT |
|---|---|
| Mighty M Towing - Hauling Motorcycles and Excavator from Astoria, OR to Auction Site | 525.00 |

TOTAL:                                                                                               $        525.00

I CERTIFY THAT all my commissions which total $____**1650.00**____, and all my expenses which total $____**525.00**____, are within the terms set forth in the application and order for my appointment.

I FURTHER CERTIFY THAT in the above case I had no persons bidding on my behalf, directly or indirectly, for the purchase of items auctioned and had no arrangement with the trustee apart from the terms of my employment and no arrangement with the trustee or his attorney other than selling the items auctioned for the highest available bid prices except for any items upon which the trustee may have placed a reserve minimum price with respect to any item or items offered for sale.

DATE: __**03/15/13**__

/s/Raymond Beal
Auctioneer

753.52 (1/11/93)

Mighty "M" Towing
P.O. Box 1433
Fairview, OR 97024
503-810-9480

665794

**Invoice**

| SOLD TO | SHIP TO |
|---|---|
| Robert Stacey | C I A |
| **ADDRESS** Residence | **ADDRESS** 13231 SE Division |
| **CITY, STATE, ZIP** Astoria Or | **CITY, STATE, ZIP** Portland |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| | | | | 11-14-12 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | 2005 | Kawasaki M/C JKAZXEC145A023463 | | | 150 00 |
| | 2005 | Yamaha M/C JYARJ06E85A029198 | | | 150 00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 300 00 |

A-5840 T-46706/46721

01-11

**Invoice**

Mighty "M" Towing
P.O. Box 1433
Fairview, OR 97024
503-810-9480

369352

| SOLD TO | Robert Stacey | SHIP TO | C T A |
|---------|---------------|---------|-------|
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | Astoria     or | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 11-19-12 |
|--------------------|---------|-------|--------|------|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---------|---------|-------------|-------|------|--------|
| | | | | | 225 00 |
| | | HANNIX 550 | | | |
| | | EXCAVATOR MAChine | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 225 00 |

5840 T-46706/46721

01-11

**COMMERCIAL INDUSTRIAL AUCTIONEERS**
**PO BOX 33978**
**PORTLAND,OR 97292**
**503-760-0499 FAX 503-762-3858**

Seller Number: 7
**Kenneth Eiler Trustee**
**Ken Eiler**
**Pmb 810**
**515 NW SALTZMAN RD**
**Portland, OR  97229**
**Phone   (503) 292-6020**
**Fax        (503) 297-9402**

Statement Date :03/15/2013
Email:kenneth.eiler@psinet.com

## Final Statement For: February 09, 2013 Equipment Auction

| Lot | Description | | Price | N/S | Grp | Commission | Net Due |
|-----|-------------|--|-------|-----|-----|-----------|---------|
| 254 | HANNIX 550 EXCAVATOR - RUBBER TRACKS, BLADE, THUMB | | 5,700.00 | | | 0.00 | 5,700.00 |
| | PEGGY'S CLASSIC CARS | 18960 S HWY 99 E | | | | | |
| | OREGON CITY, OR 97045 | (503) 656-3333 | | | | | |
| 405 | 2005 KAWASAKI ZX-10R - *Bankruptcy - TITLE DELAY* AT LEAST 45 DAYS; Could be Oregon Lost Title Application | | 6,100.00 | | | 0.00 | 6,100.00 |
| | Luis Everardo Albarran Salazar | 5200 NE 92nd Ave Unit 22 | | | | | |
| | Portland, OR 97220 | (971) 270-6879 | | | | | |
| 406 | 2005 YAMAHA R6 - *Bankruptcy - TITLE DELAY* AT LEAST 45 DAYS; Could be Oregon Lost Title Application | | 4,700.00 | | | 0.00 | 4,700.00 |
| | MARIJO PUSKARIC | 218 SE 139TH AVE | | | | | |
| | PORTLAND, OR 97233 | (971) 344-2824 | | | | | |

## Summary of Sales Activity at February 09, 2013 Equipment Auction
Commissions are Calculated on a Percent of the Sale Price of EACH LOT.

**Statement Totals**

3 Lots Sold.

| | | |
|--|--|--|
| Total Sales | $ | 16,500.00 |
| Less: Commissions | $ | 0.00 |
| Total Amount Due | $ | 16,500.00 |